IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–57–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JEFFREY BRANDON ZABOLOTNEY, | |
| Defendant. | |

This matter comes before the Court on the United States' Motion for a Preliminary Order of Forfeiture. (Doc. 26.) Defendant Jeffrey Brandon Zabolotney appeared before the Court on March 28, 2022, and entered a plea of guilty to Count III of the Indictment. (Doc. 24). He also admitted the forfeiture allegation. Zabolotney's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 2253(a). Therefore,

IT IS ORDERED that the government's motion, (Doc. 26), is GRANTED.

IT IS FURTHER ORDERED that:

1

Zabolotney's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 2253(a):

- Easystore 128gb USB drive;
- Red Verbatim 8gb USB drive;
- Sony 4gb SD card;
- SanDisk 4GB Micro SD card;
- Black SanDisk 32gb USB drive;
- Gold Samsung Galaxy S7 Edge containing 64gb MicroSD card;
- Green Verbatim 8gb USB drive;
- HP Laptop, Model 15-BL112DX (s/n 5CD80734WN; and
- Elite CPU Tower containing WD Scorpio 320gb hard drive, green circuit board, Kingston Technology 120gb hard drive, and Samsung 120gb hard drive.

The United States Marshals Service and Homeland Security Investigations are directed to seize the property subject to forfeiture and further to make a return as provided by law;

The United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 2253(a) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

Upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 30th day of March, 2022.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court